**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sypram Software, LLC

Plaintiff,

v.

Case No.: 1:25−cv−14853
Honorable Joan B. Gottschall

Dil Se Shows, Inc. d/b/a Gokul System Solutions, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Joan B. Gottschall: The parties' Joint Motion to Extend Stay of Proceedings Pending Mediation [46] is granted. The stay of all deadlines and proceedings in this matter is hereby extended for an additional forty−five (45), to and including December 21, 2026. At or before the expiration of the extended stay period, the parties shall file a joint status report informing the court of the status of mediation. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.